UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
**DEC 1 1 2009**


| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-40036 |
| Plaintiff, | ORDER DISMISSING INDICTMENT |
| vs. | |
| JOHN DOE, a/k/a Martin Alatorre, | |
| Defendant. | |

The Court having reviewed the Government's Motion to Dismiss Indictment, and good cause appearing therefor, it is hereby

ORDERED that the Indictment in the above-captioned matter is hereby dismissed without prejudice.

Dated: Dec 11, 2009

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY _____
DEPUTY